NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CYCLOBENZAPRINE HYDROCHLORIDE EXTENDED-RELEASE CAPSULE PATENT LITIGATION

---

**EURAND, INC., CEPHALON, INC., AND ANESTA AG,**
*Plaintiffs-Appellants,*

v.

**ANCHEN PHARMACEUTICALS, INC. AND ANCHEN, INC.**
*Defendants-Appellees.*

---

2011-1408, -1410, -1411, -1412

---

Appeals from the United States District Court for the District of Delaware in case no. 09-MD-2118, Judge Sue L. Robinson.

---

## ON MOTION

---

## ORDER

The appellants move for a 30-day extension of time, until August 31, 2011, to file their opening brief.

The court notes that a motion to dismiss these appeals was filed on July 25, 2011. Pursuant to Federal Circuit Rule 31(c), the briefing schedule is stayed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

JUL 2 6 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William J. Marsden, Jr., Esq.
    Donald J. Mizerk, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 6 2011

JAN HORBALY
CLERK